IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00614-WDM-BNB

MICHAEL J. FITZPATRICK,

Plaintiff,

v.

DURANT D. DAVIDSON,
ROBERT B. WAREHAM, and
ROBERT B. WAREHAM, ESQUIRE, P.C.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion in Opposition to the Defendants' Motion for Summary Judgment and Cross Motion for Partial Summary Judgment** [Docs. # 30, filed 2/20/07] (the "Motion").

The plaintiff submitted a motion for partial summary judgment in his response to the defendants' motion for summary judgment. Pursuant to the local rules of practice of this court, "[a] cross motion for summary judgment shall not be included in a response brief.  A cross motion shall be made in a separate motion and be subject to section A. of this rule."  D.C.COLO.LCivR 56.1B.

In addition, the dispositive motion deadline expired on February 9, 2007--eleven days before the plaintiff filed his cross motion for partial summary judgment.  The plaintiff has not sought an order amending the Scheduling Order to extend this deadline.  Accordingly,

IT IS ORDERED that Plaintiff's Motion in Opposition to the Defendants' Motion for Summary Judgment and Cross Motion for Partial Summary Judgment is STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall submit a response to the defendants' motion for summary judgment which complies with Local Rule 56.1B on or before **March 14, 2007**.

IT IS FURTHER ORDERED that the text of the plaintiff's response shall not exceed 25 typewritten pages, double-spaced.

Dated February 22, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge