IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00614-WDM-BNB

MICHAEL J. FITZPATRICK,

Plaintiff,

v.

DURANT D. DAVIDSON,
ROBERT B. WAREHAM, and
ROBERT B. WAREHAM, ESQUIRE, P.C.,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion in Limine to Preclude the Introduction of "Expert" Testimony by Attorney Michael Mihm** [Doc. # 29, filed 2/20/07] (the "Motion"). The plaintiff seeks to exclude the testimony of the defendants' expert witness, Michael Mihm. The case is not yet set for trial. Therefore, the Motion is premature.[1] Accordingly,

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE.

Dated February 23, 2007.

                                                        BY THE COURT:

                                                        s/ Boyd N. Boland
                                                        United States Magistrate Judge

---

[1] The defendants have filed a motion for summary judgment [Doc. #21, filed 1/5/07]. The summary judgment motion does not rely on Mr. Mihm's testimony. Therefore, denial of the Motion does not impact the plaintiff's ability to respond to defendants' summary judgment motion.